IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 14-mj-00131-DW

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ABEL M. SOTO,

 Defendant.

---

### ORDER

---

The Government having moved to continue the Arraignment in this matter and the defendant having no objection thereto,

**THE COURT HEREBY ORDERS** that the Arraignment in this matter is continued to September 19, 2014, at 9:00 a.m.

SO ORDERED this 10th day of September, 2014.

BY THE COURT:

_____
David L. West
United States Magistrate
District of Colorado

cc: U.S. Attorney's Office - Durango
   Josh Mack, Attorney for Defendant